# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY WU, an individual and all those similarly situated, <br> Plaintiff, <br> v. <br><br> SUNRIDER CORPORATION, etc., et al. <br> Defendants. | Case No.:  17-4825 DSF (SSx) <br><br> JUDGMENT |

The Court having granted a motion to dismiss some of Plaintiff's claims and having granted summary judgment as to her remaining claims,

IT IS ORDERED AND ADJUDGED that Plaintiff Kathy Wu, an individual, take nothing, that the action be dismissed with prejudice as to her and without prejudice as to the putative class, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: May 29, 2018

*Dale S. Fischer*

Dale S. Fischer
United States District Judge